UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joan F.M. Malone,                        )
                                         )
            Plaintiff,                   )
                                         )        Case: 1:16-cv-01685
       v.                                )        Assigned To : Unassigned
                                         )        Assign. Date : 8/18/2016
District Hospital Partners, L.P., d/b/a  )        Description: Pro Se Gen. Civil (F Deck))
George Washington                        )
University Hospital *et al.*             )
                                         )
            Defendants.                  )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, introduces this lawsuit as "an action of gross medical [negligence]." Compl. at 1. The complaint does not include any cogent allegations against the named defendants to provide notice of a claim, nor is the basis of federal court jurisdiction clear. Accordingly, this case will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

Date: August 17, 2016                    United States District Judge